**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Ceddrick Wayne Hunter, Jr.
      Jennifer Elaine Hunter
          Debtor(s)

Case No. 15 B 31666

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/17/2015.

2) The plan was confirmed on 12/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 08/02/2017.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,800.00 |
| Less amount refunded to debtor | $145.00 |

**NET RECEIPTS:** **$6,655.00**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,818.80 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $283.11 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,101.91**

Attorney fees paid and disclosed by debtor:   $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL Laboratories | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| ACL Laboratories | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| ADT Security Services | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Hospital | Unsecured | 427.00 | NA | NA | Desc | 0.00 |
| Advocate Christ Medical Center | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp. | Unsecured | 2,213.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Secured | 0.00 | 23,240.13 | 23,240.13 | 0.00 | 0.00 |
| Ally Financial | Secured | 2,002.78 | 2,002.78 | 2,002.78 | 895.02 | 128.52 |
| AT T | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Atlantic Credit & Finance Inc | Unsecured | 1,685.00 | 684.91 | 684.91 | 0.00 | 0.00 |
| Avant Inc | Unsecured | 2,660.00 | NA | NA | 0.00 | 0.00 |
| Avant Inc | Unsecured | 2,261.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 0.00 | 394.91 | 394.91 | 0.00 | 0.00 |
| Bank Of America NA | Unsecured | 0.00 | 196.44 | 196.44 | 0.00 | 0.00 |
| Capital One | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 496.00 | 496.72 | 496.72 | 0.00 | 0.00 |
| Capital ONE BANK USA NA | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 2,040.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 1,813.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 1,500.00 | 2,818.20 | 2,818.20 | 0.00 | 0.00 |
| COLE TAYLOR BK/Dovenmu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Commonwealth Edison Company | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Dermatology Associates | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| DirecTV | Unsecured | 903.00 | NA | NA | 0.00 | 0.00 |
| Homewood-Flossmoor Dental Care | Unsecured | 985.00 | NA | NA | 0.00 | 0.00 |
| I C System INC | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | 10,609.90 | 10,609.90 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,300.00 | 2,351.99 | 2,351.99 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 87.49 | 87.49 | 0.00 | 0.00 |
| Jareds Jewelers | Unsecured | 1,675.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 3,068.59 | 3,068.59 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 0.00 | 12,106.49 | 12,106.49 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 14.08 |
| MB Financial Bank NA | Secured | 223,822.00 | 218,395.68 | 218,395.68 | 0.00 | 0.00 |
| MB Financial Bank NA | Secured | 11,851.43 | 11,851.43 | 11,851.43 | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 376.00 | 452.09 | 452.09 | 0.00 | 0.00 |
| Oaklawn Radiology Imaging Con. | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Personal Finance Company | Unsecured | NA | 3,134.53 | 3,134.53 | 0.00 | 0.00 |
| Personal Finance Company | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 336.39 | 43.34 |
| PLS Financial | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 2,040.39 | 2,040.39 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,500.00 | 1,685.92 | 1,685.92 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 638.00 | 614.83 | 614.83 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 2,293.00 | 2,293.57 | 2,293.57 | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 3,002.00 | 342.32 | 342.32 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 868.87 | 868.87 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 868.00 | 755.14 | 755.14 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 1,722.28 | 1,722.28 | 0.00 | 0.00 |
| SLM Financial CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| Southwest OB/GYN | Unsecured | 1,273.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 3,313.00 | 3,505.02 | 3,505.02 | Desc | 0.00 |
| Sprint Corp | Unsecured | 0.00 | 659.93 | 659.93 | 0.00 | 0.00 |
| Sterling Jewelers Inc DBA Jared Galleria J | Secured | 1,674.00 | 1,674.72 | 1,674.72 | 563.18 | 72.56 |
| Sullivan Urgent Aid Center | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Center | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 4,497.00 | 4,534.78 | 4,534.78 | 0.00 | 0.00 |
| US Department of Education | Unsecured | 197,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Homewood | Unsecured | 975.00 | NA | NA | 0.00 | 0.00 |
| Village of Olympia Fields | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $218,395.68 | $0.00 | $0.00 |
| Mortgage Arrearage | $11,851.43 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,849.40 | $1,395.02 | $142.60 |
| All Other Secured | $2,674.72 | $899.57 | $115.90 |
| **TOTAL SECURED:** | **$270,771.23** | **$2,294.59** | **$258.50** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,351.99 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,351.99** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$40,966.83** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,101.91 |
| Disbursements to Creditors | $2,553.09 |
| **TOTAL DISBURSEMENTS :** | **$6,655.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/15/2017

By: /s/ Marilyn O. Marshall
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**